In the Matter of the Application of EDWARD M. NASH, Petitioner, for a Certiorari Order against PAUL B. BROOKS and Others, Individually and as Members of and Constituting the Medical Board of the New York State Employees' Retirement System, and NEW YORK STATE EMPLOYEES' RETIREMENT SYSTEM, Defendants. (No. 1.) — Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Application of EDWARD M. NASH, Petitioner, for a Certiorari Order against PAUL B. BROOKS and Others, Individually and as Members of and Constituting the Medical Board of the New York State Employees' Retirement System, and NEW YORK STATE EMPLOYEES' RETIREMENT SYSTEM, Defendants. (No. 2.) — Motion for leave to appeal to the Court of Appeals denied. The entire matter should be presented to the Court of Appeals on an appeal after the retirement. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Application of ISRAEL AMTER, as Chairman of the State Committee of the Communist Party of the State of New York, Petitioner, Appellant, for a Peremptory Mandamus Order against EDWARD J. FLYNN, as Secretary of State of the State of New York, Defendant, Respondent.— The Special Term has refused to grant a peremptory order of mandamus, directing the Secretary of State to accept the statements of the Communist party as to party positions to be filled at the primary election to be held on September 16, 1937, and directing the Secretary of State to certify that the Communist party is a legally recognized party of this State. The Communist party in 1936 polled less than fifty thousand votes for Governor, and thereby the group lost its right to be considered a political party. (Election Law, § 2, subd. 5.) Order unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.